**Order filed January 26, 2021**



**In The**

# Fourteenth Court of Appeals

———————

**NO.  14-20-00650-CV**

———————

**YAMAL SALEM, Appellant**

**V.**

**JULIE  CHEUNG, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1156788**

# O R D E R

Appellant's brief was due January 7, 2021**.** No brief or motion for extension of time has been filed. If appellant does not file a brief with this court on or before **February 8, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.